UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GUILLERMO VILLEGAS-NEGRETE ,<br><br>  Defendant. | Case No.   13CR2707-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 23] |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Information in the above-referenced case be dismissed, without prejudice, as to Defendant GUILLERMO VILLEGAS-NEGRETE.

**IT IS FURTHER ORDERED** that Defendant GUILLERMO VILLEGAS-NEGRETE be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 31, 2014

HON. MICHAEL M. ANELLO
United States District Judge